1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; BMG
7  MUSIC; UMG RECORDINGS, INC.;
   SONY BMG MUSIC ENTERTAINMENT;
8  CAPITOL RECORDS, LLC; and
9  ATLANTIC RECORDING
   CORPORATION

E-filing

10
11             UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                    _____ DIVISION
13

14  WARNER BROS. RECORDS INC., a Delaware    CASE NO. CV 08-3993
    corporation; BMG MUSIC, a New York general
15  partnership; UMG RECORDINGS, INC., a     [PROPOSED] ORDER GRANTING
16  Delaware corporation; SONY BMG MUSIC     PLAINTIFFS' APPLICATION FOR LEAVE
    ENTERTAINMENT, a Delaware general        TO TAKE IMMEDIATE DISCOVERY
17  partnership; CAPITOL RECORDS, LLC, a
    Delaware limited liability company; and
18  ATLANTIC RECORDING CORPORATION, a
19  Delaware corporation,

20              Plaintiffs,
21       v.
22
23  JOHN DOE,
                Defendant.
24
25
26
27
28

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39488 v1

Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: _____    By: _____
United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39488 v1