1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; BMG
7  MUSIC; UMG RECORDINGS, INC.;
   SONY BMG MUSIC ENTERTAINMENT;
8  CAPITOL RECORDS, LLC; and
   ATLANTIC RECORDING
9  CORPORATION

**E-filing**

FILED
08 AUG 21 PM 2:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

WARNER BROS. RECORDS INC., a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

        Plaintiffs,

  v.

JOHN DOE,

        Defendant.

CASE NO. CV 08 3993 HRL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39485 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2    associations of persons, firms, partnerships, corporations (including parent corporations) or other
3    entities (i) have a financial interest in the subject matter in controversy or in a party to the
4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5    substantially affected by the outcome of this proceeding:
6     Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
7    Group Corp., which is publicly traded in the U.S.
8     Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
9    ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.
10    Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
11   publicly held French company.
12    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
13   by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
14   none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
15   latter of which is publicly traded in the United States.
16    Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is
17   not publicly traded.
18    Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
19   Warner Music Group Corp., which is publicly traded in the U.S.

Dated: August 21, 2008

HOLME ROBERTS & OWEN LLP

By _____
DAWNIELL ZAVALA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.; BMG MUSIC; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; CAPITOL RECORDS, LLC; and ATLANTIC RECORDING CORPORATION

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39485 v1